# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT WHITE,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:19-cv-00386-GMN-NJK

**ORDER**

[Docket No. 22]

Pending before the Court is a proposed discovery plan filed by Defendant LVMPD. Docket No. 22. Counsel for LVMPD was not able to contact Plaintiff, who is proceeding *pro se*, and Plaintiff did not sign the proposed discovery plan. *Id.* at 1, 5. The parties must engage in a conference as required by Rule 26(f) of the Federal Rules of Civil Procedure and must jointly file a discovery plan pursuant to Local Rule 26-1. ***Pro se* litigants must comply with all applicable rules even though they are proceeding without an attorney.** The Court hereby **ORDERS** Plaintiff to contact LVMPD's counsel by telephone by December 4, 2019,[1] and a joint proposed discovery plan must be filed by December 11, 2019. **Plaintiff's failure to comply with this order may result in the imposition of sanctions, up to and including case-dispositive sanctions.**

---

[1] Mr. Freeman's telephone number is 702-893-3383.

1

In the event Plaintiff does not comply with the above requirements, Defendants need not file a further proposed discovery plan and must instead file a status report attesting to Plaintiff's failure to participate.

IT IS SO ORDERED.

Dated: November 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge