# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT WHITE,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:19-cv-00386-GMN-NJK

**ORDER**

[Docket No. 21]

Pending before the Court is Defendant Shade Tree's request to be excused from participating in the formulation of a discovery plan. Docket No. 21. In particular, Shade Tree notes that it has a pending motion to dismiss for failure to effectuate service, that it will file a motion to dismiss on substantive grounds if its current motion is denied, and that Plaintiff has been (in Shade Tree's view) delinquent in advancing this case. The instant filing is not sufficient to excuse Shade Tree from participating in the discovery process. *See, e.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011) ("The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending"). Instead, a more fully developed showing must be made.[1]

---

[1] The instant filing was fashioned as a status report, as the Court instructed. Docket No. 20. Nonetheless, a fuller showing is required given the issues raised.

1

Accordingly, the request to be excused from participating in the formulation of a discovery plan is **DENIED** without prejudice to the filing of a motion to stay discovery addressing the pertinent standards.

IT IS SO ORDERED.

Dated: November 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge