# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT WHITE,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:19-cv-00386-GMN-NJK

**ORDER**

[Docket No. 37]

Pending before the Court is Defendant Shade Tree's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 37; *see also* Docket No. 35 (motion to dismiss). Plaintiff has responded to the motion to dismiss, Docket No. 38, but has not responded to the motion to stay discovery. Having reviewed the motion and applying the governing standards, *see, e.g.*, *Kor Media Grp. LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is appropriate. Accordingly, the motion to stay discovery is **GRANTED**.

To be clear, this stay extends only to discovery involving Shade Tree and all other discovery shall proceed. *See White v. Am. Tobacco Co.*, 125 F.R.D. 508, 510 (D. Nev. 1989).

IT IS SO ORDERED.

Dated: January 31, 2020

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge