# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WHITE,<br>    Plaintiff(s),<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00386-GMN-NJK<br>**Order**<br>[Docket No. 39] |

On December 18, 2019, the Court struck Plaintiff's initial disclosures as improperly filed on the docket, rather than served on opposing counsel. Docket No. 31. Now pending before the Court is Plaintiff's filing again of initial disclosures. Docket No. 39.

**Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court**. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**FAILURE TO COMPLY WITH THIS ORDER AND WITH THE GOVERNING RULES MORE GENERALLY MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: January 31, 2020

Nancy J. Koppe
United States Magistrate Judge

1