# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WHITE, | Case No.: 2:19-cv-00386-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Plaintiff Robert White has failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendants Estate of Adria Joseph, Officer R. Frost, and Officer Richards, pursuant to Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice** as to Defendants Estate of Adria Joseph, Officer R. Frost, and Officer Richards.

**DATED** this __2__ day of December, 2020.

_____
Gloria M. Navarro, Judge
United States District Court