UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WHITE,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00386-GMN-NJK<br><br>**Order** |

This case has been referred for a mandatory settlement conference. Docket No. 55. On December 2, 2020, the Court set that settlement conference for January 26, 2021. Docket No. 56. The Court required therein the submission of settlement statements that include, among other items, an email address for the participants so that they can attend the settlement conference by video. *Id.* at 3. The settlement statements were due on January 19, 2021. *See id.* The Court received a settlement statement from the defense, but did not receive a settlement statement from Plaintiff. Accordingly, the settlement conference cannot proceed.

The settlement conference is hereby **CONTINUED** to 9:30 a.m. on February 19, 2021. **Plaintiff must submit a settlement statement providing the required information (*see* Docket No. 56) by 3:00 p.m. on February 5, 2021. <u>FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE DISPOSITIVE SANCTIONS.</u>**

    IT IS SO ORDERED.

    Dated: January 22, 2021

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge