# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WHITE,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00386-GMN-NJK<br><br>**Order** |

This case is set for a settlement conference for March 16, 2021. Plaintiff has not updated the Court with an email address, so the settlement conference will proceed telephonically. Plaintiff will be called by the Court at the phone number on the docket (702-544-3419) at 9:30 a.m. on March 16, 2021. He must be available at that phone number at that date and time for the settlement conference to proceed. The defense must call the undersigned's chambers by 9:20 a.m. on March 16, 2021.

IT IS SO ORDERED.

Dated: March 12, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1