**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WHITE,<br><br>            Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT, et al.,<br><br>            Defendant(s). | Case No.: 2:19-cv-00386-GMN-NJK<br><br>**Order** |

Pending before the Court is an order for Plaintiff to show cause why this case should not be dismissed for his violation of two orders to submit a settlement statement. Docket No. 59. Plaintiff did not file a response to the order to show cause by the deadline set. The Court cautioned Plaintiff, but otherwise deferred ruling on the order to show cause until after the settlement conference took place. Docket No. 60. Plaintiff has now filed a response to the order to show cause. Docket No. 62. The settlement conference has also been completed. Docket No. 64.

In light of the circumstances, the Court reiterates that Plaintiff must strictly comply with all orders and governing rules moving forward. **Failure to comply may result in the imposition of sanctions, up and including case-dispositive sanctions.** In all other respects, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: March 16, 2021

_____
Nancy J. Koppe
United States Magistrate Judge